The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CURTIS G. SNIPES,<br><br>  Defendant. | No. CR21-57 RSM<br><br>**ORDER EXTENDING TIME FOR THE GOVERNMENT TO FILE ITS RESPONSE** |

Having considered the government's Unopposed Motion to Extend Time to Respond to Defendant's Motion to Amend Conditions of Release Pursuant to 18 U.S.C. § 3145(b), Dkt. 95, the Court ORDERS:

The government's motion is granted. The government shall file its responsive brief by September 8, 2021.

DATED this 7th day of September, 2021.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Prepared by:
*/s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

Order Extending Time for Government's Response
*United States v. Snipes* / CR21-57 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970