Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> CURTIS G. SNIPES <br><br> Defendant. | NO. CR21-57 RSM <br><br> ORDER TO SEAL UNITED STATES' EXHIBIT B |

This matter has come before the Court on the motion to seal. United States' Motion to Seal Exhibit B to Government's Opposition to Defendant's Motion to Amend Conditions of Release. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit B to Government's Opposition to Defendant's Motion to Amend Conditions of Release due to the sensitive information contained therein.

///
///
///

Order to Seal - 1
*United States v. Snipes*, CR21-57 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS SO ORDERED this 8th day of September, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/Erin H. Becker
ERIN H. BECKER
Assistant United States Attorney

Order to Seal - 2
*United States v. Snipes*, CR21-57 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970