Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CURTIS G. SNIPES<br><br>Defendant. | NO. CR21-57 RSM<br><br><br>ORDER GRANTING UNITED STATES'<br>MOTION TO FILE A BRIEF IN EXCESS<br>OF TWELVE PAGES |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Opposition to Defendant's Motion to Amend Conditions of Release Pursuant to 18 U.S.C. § 3145(b) that does not exceed 15 pages in length.

DATED this 8th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

s/ Erin H. Becker
ERIN H. BECKER
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESSS OF TWELVE PAGES/Snipes- 1
NO. CR21-57 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970