The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1. CURTIS G. SNIPES, aka Big Curt,<br>2. RICHARD D. LEWIS,<br>3. YUSEF H. PARRISH,<br>4. TERRY CAMERON,<br>5. MICHAEL L. HOPKINS, and<br>6. JAMAR J. HOWARD, aka Hoov, aka Creamy,<br><br>Defendants. | NO. CR21-057-RSM<br><br>[PROPOSED]<br><br>**PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Protective Order Restraining Certain Forfeitable Property ("Motion"), of the following property:

1. $7,746.00 in United States currency, seized on or about October 30, 2020, from Curtis G. Snipes, during a vehicle stop in Seattle, Washington ("Subject Property 1");

2. $10,000 in United States currency, seized on or about October 30, 2020, at 3220 81st Place SE, Unit 220, Mercer Island, Washington 98040, a secondary residence of Curtis G. Snipes ("Subject Property 2");

Protective Order to Restrain Forfeitable Property - 1
*United States v. Snipes, et al,* CR21-063-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. $8,905.00 in United States currency, seized on or about November 21, 2020, at 5928 35th Avenue South, #A, Seattle, Washington 98118, from Yusef H. Parrish ("Subject Property 3");

4. $3,090.00 in United States currency, seized on or about November 24, 2020, at 2909 Mill Avenue South, Renton, Washington 98055, from Jamar J. Howard ("Subject Property 4");

5. One Connecticut Valley Inc. Black Powder, Army 44, .44 caliber Rifle, bearing serial number 98349, seized on or about April 7, 2021 at 5137 South Leo Street, Seattle, Washington 98040, a residence associated with Curtis G. Snipes ("Subject Property 5");

6. One Colt Police Positive .38 caliber Revolver, bearing serial number 694273, seized on or about April 7, 2021 at 5137 South Leo Street, Seattle, Washington 98040, a residence associated with Curtis G. Snipes ("Subject Property 6");

7. One Remington Target Master, .22 caliber Rifle, bearing no serial number, seized on or about April 7, 2021 at 5137 South Leo Street, Seattle, Washington 98040, a residence associated with Curtis G. Snipes ("Subject Property 7");

8. One Tanfoglio GT380, .380 Caliber Pistol, bearing serial number: T73122, seized on or about April 7, 2021 at 2909 Mill Avenue South, Renton, Washington 98055, a residence of Jamar J. Howard ("Subject Property 8");

9. Any ammunition, magazines, and cartridges associated with the firearms identified in this motion ("Subject Property 9");

10. One 2018 Harley Davidson FLHXSE, VIN: 1HD1PXL19JB958894, seized on or about April 7, 2021 at 3651 South Tyler St., Tacoma, Washington 98040, a residence of Curtis G. Snipes ("Subject Property 10");

11. $535 in United States currency, seized on or about April 7, 2021, at 3651 South Tyler St., Tacoma, Washington 98040, a residence of Curtis G. Snipes ("Subject Property 11"); and,

Protective Order to Restrain Forfeitable Property - 2
United States v. Snipes, et al, CR21-063-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

12. $1,602 in United States currency, seized on or about April 7, 2021, at 615 East 49th St., Tacoma, Washington 98404, a residence of Michael Hopkins ("Subject Property 12");

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and supporting Declaration of Federal Bureau of Investigation ("FBI") Special Agent ("SA") Shawna McCann, hereby FINDS entry of a protective order restraining the above-identified property (hereafter, the "Subject Property") is appropriate because:

- The United States gave notice of its intent to pursue forfeiture in the Indictment and specifically identified Subject Property 1-4 for forfeiture, as well as a sum of money (Dkt. No. 1);
- The United States also gave notice of its intent to pursue forfeiture in the Forfeiture Bill of Particulars and specifically identified Subject Property 5-12 (Dkt. No. 100);
- Based on the facts set forth in SA McCann's Declaration, there is probable cause to believe the Subject Property is subject to forfeiture in this case; and
- To ensure the Subject Property remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Property pending the conclusion of this case is GRANTED; and

//

//

//

//

Protective Order to Restrain Forfeitable Property - 3
*United States v. Snipes, et al,* CR21-063-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. The Subject Property shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

IT IS SO ORDERED.

DATED this 21 day of Sept., 2021.

_____
THE HON. RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-2242
E-mail: krista.bush@usdoj.gov

Protective Order to Restrain Forfeitable Property - 4
United States v. Snipes, et al, CR21-063-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970