JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>CURTIS G. SNIPES, a/k/a Big Curt,<br><br>        Defendant. | NO.  CR21-057 RSM<br><br>ORDER ON MOTION TO SEAL<br><br>**FILED UNDER SEAL** |

Before this Court is a motion for order sealing the motion and declaration for withdrawal of attorney filed September 27, 2021; and the Court being in all things fully advised;

NOW THEREFORE, it is hereby

ORDERED, ADJUDGED AND DECREED that the motion and declaration for withdrawal of attorney and accompanying order is hereby filed under seal.

DATED this 28th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order on Motion to Seal - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

1

Presented by:

2

HESTER LAW GROUP, INC., P.S.
3   Attorneys for Defendant

4


5
By: ___/s/ Brett A. Purtzer_____
6          BRETT A. PURTZER
           WSB #17283
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25