The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>MARCO CALVERT-MAJORS, and<br>ADAM ANDERSON-DOTSON,<br><br>                    Defendants. | No.    CR21-53 RSM<br><br>ORDER CONTINUING TRIAL<br>DATE |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>KENNETH N. LEE,<br><br>                    Defendant. | No.    CR21-56 RSM |

Order Continuing Trial Date - 1
*U.S. v. Calvert-Majors et al.*, CR21-53RSM, *U.S. v. Lumumba-Olabisi et al.*, CR21-56RSM, *U.S. v. Snipes et al.*, CR21-57RSM, *U.S. v. McGee et al.*, CR21-58RSM, *U.S. v. Ezell*, CR21-62RSM, *U.S. v. Clemente*, CR21-63RSM, *U.S. v. Jordan*, CR 21-64RSM, *U.S. v. Evans*, CR21-68RSM, *U.S. v. Daniels*, CR 21-69RSM, *U.S. v. Arambula et al.*, CR21-107RSM, *U.S. v. Moreno Aguirre et al.*, *CR21-108RSM, U.S. v. Abercrombie*, CR21-117RSM, *U.S. v. Hawkins*, CR21-5213RSM

ABIGAIL W. S. CROMWELL
THE CENTER FOR PROGRESSIVE
LEGAL DEFENSE, PLLC
600 FIRST AVENUE
SEATTLE, WA 98104
(617) 943-2277
ABIGAIL@THECPLD.COM

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>CURTIS G. SNIPES, and<br>YUSEF H. PARRISH,<br><br>                Defendants. | No.    CR21-57 RSM |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>EUGENE MCGEE, and<br>RANDOLPH P. BROWN,<br><br>                Defendants. | No.    CR21-058 RSM |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>TERRY EZELL,<br><br>                Defendant. | No.    CR21-062 RSM |

Order Continuing Trial Date - 2
*U.S. v. Calvert-Majors et al.*, CR21-53RSM, *U.S. v. Lumumba-Olabisi et al.*, CR21-56RSM, *U.S. v. Snipes et al.*, CR21-57RSM, *U.S. v. McGee et al.*, CR21-58RSM, *U.S. v. Ezell*, CR21-62RSM, *U.S. v. Clemente*, CR21-63RSM, *U.S. v. Jordan*, CR 21-64RSM, *U.S. v. Evans*, CR21-68RSM, *U.S. v. Daniels*, CR 21-69RSM, *U.S. v. Arambula et al.*, CR21-107RSM, *U.S. v. Moreno Aguirre et al.*, *CR21-108RSM*, *U.S. v. Abercrombie*, CR21-117RSM, *U.S. v. Hawkins*, CR21-5213RSM

ABIGAIL W. S. CROMWELL
THE CENTER FOR PROGRESSIVE
LEGAL DEFENSE, PLLC
600 FIRST AVENUE
SEATTLE, WA 98104
(617) 943-2277
ABIGAIL@THECPLD.COM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>CESAR CLEMENTE,<br><br>              Defendant. | No.    CR21-063 RSM |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>CRAIG JORDAN,<br><br>              Defendant. | No.    CR21-064 RSM |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>CARLOS ROMALLIS DANIELS,<br><br>              Defendant. | No.    CR21-069 RSM |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>CESAR ARAMBULA,<br><br>JORGE AGUILAR DURAN, and<br><br>RAUL BARRETO BEJINES,<br><br>              Defendants. | No. CR21-107 RSM |

Order Continuing Trial Date - 3
*U.S. v. Calvert-Majors et al.*, CR21-53RSM, *U.S. v. Lumumba-Olabisi et al.*, CR21-56RSM, *U.S. v. Snipes et al.*, CR21-57RSM, *U.S. v. McGee et al.*, CR21-58RSM, *U.S. v. Ezell*, CR21-62RSM, *U.S. v. Clemente*, CR21-63RSM, *U.S. v. Jordan*, CR 21-64RSM, *U.S. v. Evans*, CR21-68RSM, *U.S. v. Daniels*, CR 21-69RSM, *U.S. v. Arambula et al.*, CR21-107RSM, *U.S. v. Moreno Aguirre et al.*, *CR21-108RSM, U.S. v. Abercrombie*, CR21-117RSM, *U.S. v. Hawkins*, CR21-5213RSM

ABIGAIL W. S. CROMWELL
THE CENTER FOR PROGRESSIVE
LEGAL DEFENSE, PLLC
600 FIRST AVENUE
SEATTLE, WA 98104
(617) 943-2277
ABIGAIL@THECPLD.COM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>v.<br><br>CRESENCIO MORENO AGUIRRE,<br><br>RAFAEL RAMIREZ,<br><br>SAMUEL DUARTE AVILA,<br><br>SERGIO REYES-PINA,<br><br>ELYAS MOHAMED KEROW, and<br><br>BRETT DAVID RADCLIFF,<br><br>                   Defendants. | No. CR21-108 RSM |
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>v.<br><br>EDWARD ABERCROMBIE,<br><br>                   Defendant. | No. CR21-117 RSM |
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>v.<br><br>KENDLE RASHEN HAWKINS,<br><br>                   Defendant. | No. CR21-5213 RSM |

*U.S. v. Calvert-Majors et al.*, CR21-53RSM, *U.S. v. Lumumba-Olabisi et al.*, CR21-56RSM, *U.S. v. Snipes et al.*, CR21-57RSM, *U.S. v. McGee et al.*, CR21-58RSM, *U.S. v. Ezell*, CR21-62RSM, *U.S. v. Clemente*, CR21-63RSM, *U.S. v. Jordan*, CR 21-64RSM, *U.S. v. Evans*, CR21-68RSM, *U.S. v. Daniels*, CR 21-69RSM, *U.S. v. Arambula et al.*, CR21-107RSM, *U.S. v. Moreno Aguirre et al.*, *CR21-108RSM, U.S. v. Abercrombie*, CR21-117RSM, *U.S. v. Hawkins*, CR21-5213RSM

ABIGAIL W. S. CROMWELL
THE CENTER FOR PROGRESSIVE
LEGAL DEFENSE, PLLC
600 FIRST AVENUE
SEATTLE, WA 98104
(617) 943-2277
ABIGAIL@THECPLD.COM

This matter comes before the Court on the joint motion of 15 of the 22 remaining defendants charged in these related cases to continue the trial in this matter and to schedule a status conference and motions schedule.  Having considered the motion, any responses and objections, and all the files and records herein, the Court finds and rules as follows:

As to the defendants in above-captioned, related cases, and with the exception of Messrs Abercrombie (CR21-117 RSM), Hawkins (CR21-5213 RSM) and Ezell (CR21-062 RSM):

The facts supporting continuing the trial and excluding the consequent delay are set forth in Defendants' Motion to Continue, incorporated by this reference, and include the following: (a) the very large number of defendants charged; (b) the already large number of charged counts, which are likely to increase in anticipated superseding indictments; (c) the number of related indictments; (d) the nature of the prosecution, which includes wiretaps over multiple phone lines; (e) the volume of discovery produced, and still to be produced; and (f) the schedules of various counsel and their backlogs of cases due to the ongoing pandemic and resultant court closures.

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii) that this case is sufficiently unusual and complex, due the combination of the number of defendants, the nature of the prosecution, as well as the existence of novel questions of fact, that it is unreasonable to expect adequate preparation by the parties for pretrial proceedings or for the trial itself by the current trial date, or for the immediate future.

THE COURT FURTHER FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), that even if Section 3161(h)(7)(B)(ii) did not apply, the failure to grant a continuance in this case would deny counsel for the several defendants and the

*U.S. v. Calvert-Majors et al.*, CR21-53RSM, *U.S. v. Lumumba-Olabisi et al.*, CR21-56RSM, *U.S. v. Snipes et al.*, CR21-57RSM, *U.S. v. McGee et al.*, CR21-58RSM, *U.S. v. Ezell*, CR21-62RSM, *U.S. v. Clemente*, CR21-63RSM, *U.S. v. Jordan*, CR 21-64RSM, *U.S. v. Evans*, CR21-68RSM, *U.S. v. Daniels*, CR 21-69RSM, *U.S. v. Arambula et al.*, CR21-107RSM, *U.S. v. Moreno Aguirre et al.*, *CR21-108RSM, U.S. v. Abercrombie*, CR21-117RSM, *U.S. v. Hawkins*, CR21-5213RSM

ABIGAIL W. S. CROMWELL
THE CENTER FOR PROGRESSIVE
LEGAL DEFENSE, PLLC
600 FIRST AVENUE
SEATTLE, WA 98104
(617) 943-2277
ABIGAIL@THECPLD.COM

1   attorney for the government the reasonable time necessary for effective preparation—due

2   to all parties' need for more time to review the considerable volume of discovery and

3   evidence produced, and still to be produced, and to consider possible defenses and

4   motions—taking into account the exercise of due diligence.

5       THE COURT FURTHER FINDS, pursuant to Title 18, United States Code,

6   Section 3161(h)(7)(B)(i), that the failure to grant a continuance into spring of 2023 would

7   be likely to make a continuation of the proceeding impossible or result in a miscarriage of

8   justice.

9       THE COURT THEREFORE FINDS, pursuant to Title 18, United States Code,

10  Section 3161(h)(7)(A), that the ends of justice served by a continuance into the spring of

11  2023 outweigh the best interest of the public and the several defendants in a speedy trial.

12  Moreover, pursuant to pursuant to Title 18, United States Code, Section 3161(h)(6), the

13  objections of those defendants who oppose a continuance of this length are overruled, as

14  those defendants are joined for trial with other defendants for whom the time for trial has

15  not run, and no motion to sever has been brought or granted.  The defendants in these

16  related cases are alleged to have conspired together.  All of the related cases arise out of a

17  common investigation, including common Title III interception applications and common

18  search warrant applications.

19      THE COURT FINDS, in light of these factors, that it is unlikely that the parties

20  can be reasonably ready to try this matter before spring 2023, at the earliest.

21      THIS COURT FINDS, pursuant to Title 18, United States Code, Section

22  3161(h)(6) and (7), that this is a reasonable period of delay, in that the significant

23  majority of the defendants have indicated they require more time to prepare for trial and

24  believe that spring 2023 is the earliest that they could be prepared to proceed to trial.  The

25  Court finds that given the complexity of the case, the number of defendants, and the

26

27  Order Continuing Trial Date - 6
    *U.S. v. Calvert-Majors et al.*, CR21-53RSM, *U.S. v. Lumumba-Olabisi et al.*, CR21-
    56RSM, *U.S. v. Snipes et al.*, CR21-57RSM, *U.S. v. McGee et al.*, CR21-58RSM, *U.S.*
28  *v. Ezell*, CR21-62RSM, *U.S. v. Clemente*, CR21-63RSM, *U.S. v. Jordan*, CR 21-
    64RSM, *U.S. v. Evans*, CR21-68RSM, *U.S. v. Daniels*, CR 21-69RSM, *U.S. v.*
    *Arambula et al.*, CR21-107RSM, *U.S. v. Moreno Aguirre et al.*, *CR21-108RSM, U.S. v.*
    *Abercrombie*, CR21-117RSM, *U.S. v. Hawkins*, CR21-5213RSM

ABIGAIL W. S. CROMWELL
THE CENTER FOR PROGRESSIVE
LEGAL DEFENSE, PLLC
600 FIRST AVENUE
SEATTLE, WA 98104
(617) 943-2277
ABIGAIL@THECPLD.COM

1    volume of discovery produced, and still to be produced, that this amount of time is, in

2    fact, necessary.

3         NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be

4    continued as to all defendants in all of the related cases captioned above until **March 20,**

5    **2023 at 9:00 AM.**

6         IT IS FURTHER ORDERED that a status conference, to be attended by all

7    defendants who remain in the case, together with their counsel, as well as the

8    government, is scheduled for **September 22, 2022 at 9:00 AM**.  An order addressing any

9    remaining discovery issues and setting a briefing scheduled for pretrial motions will be

10   entered at that time.

11        IT IS HEREBY ORDERED that the defendants who have joined this motion shall

12   file speedy trial waivers no later than **May 6, 2022**, to the extent they have not already

13   done so.

14        IT IS FURTHER ORDERED that the time between this date and the new trial date

15   is excluded in computing the time within which a trial must be held pursuant to Title 18,

16   United States Code, Section 3161, *et seq.*

17

18        IT IS SO ORDERED.

19

20        DATED this 14th day of April, 2022.

21

22

23        RICARDO S. MARTINEZ
          CHIEF UNITED STATES DISTRICT JUDGE

24

25

26

27   Order Continuing Trial Date - 7
     *U.S. v. Calvert-Majors et al.*, CR21-53RSM, *U.S. v. Lumumba-Olabisi et al.*, CR21-
     56RSM, *U.S. v. Snipes et al.*, CR21-57RSM, *U.S. v. McGee et al.*, CR21-58RSM, *U.S.*

28   *v. Ezell*, CR21-62RSM, *U.S. v. Clemente*, CR21-63RSM, *U.S. v. Jordan*, CR 21-
     64RSM, *U.S. v. Evans*, CR21-68RSM, *U.S. v. Daniels*, CR 21-69RSM, *U.S. v.*
     *Arambula et al.*, CR21-107RSM, *U.S. v. Moreno Aguirre et al.*, *CR21-108RSM, U.S. v.*
     *Abercrombie*, CR21-117RSM, *U.S. v. Hawkins*, CR21-5213RSM

ABIGAIL W. S. CROMWELL
THE CENTER FOR PROGRESSIVE
LEGAL DEFENSE, PLLC
600 FIRST AVENUE
SEATTLE, WA 98104
(617) 943-2277
ABIGAIL@THECPLD.COM